

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2021

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

On May 11, 2021, Brandy Wingate Voss, attorney of record for Appellant Joe Jesse Ponce III, filed a Motion to Withdraw as Counsel. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

Counsel's motion to withdraw is GRANTED.

The unopposed motion also seeks a thirty-day extension of time to file the brief. The extension is GRANTED. We ORDER Appellant to file his brief by June 14, 2021.

Appellant's brief was initially due on December 30, 2020. Because of COVID-19 and Appellant's unusual circumstances, this court has granted six previous extensions of time to file the brief. Absent extraordinary circumstances, **no further extensions of time to file Appellant's brief will be granted.**

We caution Appellant that if he fails to file his brief as ordered, **this court may dismiss this appeal for want of prosecution**. *See* TEX. R. APP. P. 42.3(b), (c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2021.



MICHAEL A. CRUZ, Clerk of Court